UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN S. KIRABIRA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:07-CV-0742-G |
| IMMIGRATION AND | ) | |
| NATURALIZATION SERVICE, | ) | ECF |
| | ) | |
| Respondent. | ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

June 25, 2007.

_____
A. JOE FISH
CHIEF JUDGE